GERTRUDE E. TAYLOR, Appellant, v. BEEKMAN HOSPITAL, Respondent, et al., Defendants.— Action to recover damages for personal injuries alleged to have been suffered by plaintiff as the result of an electrical shock received while her foot was being X-rayed. Order modified on the law by striking out the word " denied " and inserting in place thereof the following: " granted as to the examination to the extent of directing the examination of defendant hospital before trial as to all items except item 6, and as to that part of item 5 which follows the words ' use in radiography '. The production of the hospital records, X-rays, and charts is directed, pursuant to section 296 of the Civil Practice Act, and the motion for discovery and inspection of such records, X-rays, charts, and of the X-ray machinery and equipment is granted." As thus modified, the order is affirmed, without costs. In our opinion, the complaint sufficiently alleges against defendant hospital failure to exercise care in the maintenance of its equipment, and negligent operation thereof. Appeal from order denying plaintiff's motion for reargument dismissed, without costs. Settle order on notice. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

## (June 7, 1946.)

SIGMUND FREY, Respondent, v. WILLIAM ROTHSTEIN et al., Doing Business as ARANBEE DOLL COMPANY, Appellants.— Action to recover damages for breach of an alleged oral contract of employment. On argument, order denying defendants' motion for summary judgment affirmed, without costs. Lewis, P. J., Hagarty, Johnson, Adel and Nolan, JJ., concur.

EDWARD GREENBERG, Respondent, v. JULIUS H. ZIESER et al., Defendants, and LOUIS COOPER et al., Appellants.— On argument, order of reference and order directing division and disposition of moneys received in settlement of an action to recover brokers' commissions, insofar as appealed from, affirmed, with $10 costs and disbursements. Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ., concur.

## (June 10, 1946.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. McGRATH, JR., Respondent, against WILLIAM GIMLER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 949.]

AMUSEMENT ENTERPRISES, INC., Respondent, v. BENJAMIN FIELDING, as Commissioner of Licenses of the City of New York, et al., Appellants.— Pursuant to stipulation of the parties, the appeals herein are discontinued, without costs to either party, on condition that the parties hereto be ready for and proceed to trial on Thursday, June 13, 1946, at 10 A.M., before Mr. Justice HOOLEY at Special Term, Kings County. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.